| | | | | |
|---|---|---|---|---|
| Sellers v. United States | 15–CF–506 | 10/14/2016 | Reversed and remanded | Broderick |
| Burroughs v. United States | 15–CM–1049 | 10/14/2016 | Affirmed | McCabe |
| Crockett v. United States | 15–CO–749, 15–CO–1285 | 10/14/2016 | Affirmed | Demeo |
| Little v. United States | 15–CO–729 | 10/12/2016 | Affirmed | Christian |
| Carethers v. District of Columbia | 15–CT–671 | 10/11/2016 | Affirmed | Alprin |
| Araya v. Shames | 15–CV–1108 | 10/11/2016 | Affirmed | Dixon |
| G.C. v. E.G. | 15–FM–1184 | 10/11/2016 | Affirmed | Puig-Lugo |
| Van Dyke v. United States | 14–CO–1446 | 10/04/2016 | Affirmed | Mott |